

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-23-00220-CV |
| IN RE: BRUCE WHEATLEY, In His Capacity as Executor of the Estate of JUDITH WHEATLEY, Deceased, | § | Appeal from the |
| | § | Probate Court Number 1 |
| Relator. | § | of El Paso County, Texas |
| | § | (TC# 2014-CPR01539) |

# J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patricia Chew of the Probate Court No. 1 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.